IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD JOHN BAUER and
JOSHUA RICHARD BAUER,

      Plaintiffs,

v.

WILLIAM A. KELLY,
VICTOR V. SPRENGELMEYER,
TERRY KURT, P. CARTER NEWTON,
JAY DICKERSON, ROBERT ROTH,
JERRY WESTEMEIR and KIETH
BRANDEL,

      Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-453-wmc

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                1/22/2014

Peter Oppeneer, Clerk of Court                Date