IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD JOHN BAUER and
JOSHUA RICHARD BAUER,

                                  JUDGMENT IN A CIVIL CASE

    Plaintiffs,

                                  12-cv-453-wmc

v.

WILLIAM A. KELLY,
VICTOR V. SPRENGELMEYER,
TERRY KURT, P. CARTER NEWTON,
JAY DICKERSON, ROBERT ROTH,
JERRY WESTEMEIR and KIETH
BRANDEL,

    Defendants.

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

      /s/                                                    1/22/2014

Peter Oppeneer, Clerk of Court                Date